Timothy E. Warriner (SB#166128)
Attorney at Law
660 J Street, Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Marques DeWayne Watkins

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARQUES DeWAYNE WATKINS,<br><br>Defendant | Case No. CR S 07-0427 EJG<br><br>APPLICATION FOR APPOINTMENT OF COUNSEL CONCERNING PROCEEDINGS TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2); ORDER<br><br><u>RETROACTIVE CRACK COCAINE REDUCTION CASE</u> |

Pursuant to 18 U.S.C. § 3582(c)(2), Mr. Watkins is entitled to petition the court for a reduction in his sentence due to the retroactive Sentencing Guideline amendment concerning crack cocaine. Counsel has met with Phillip Talbert, First Assistant United States Attorney, concerning Mr. Watkins' crack cocaine sentence. Mr. Talbert has signed a stipulated motion to reduce Mr. Watkins' sentence. The Office of the Federal Defender agrees that counsel should be appointed to represent Mr. Watkins. Therefore, counsel requests that the court appoint him for the purposes of proceedings to reduce his crack cocaine sentence pursuant to 18 U.S.C. § 3582(c)(2). It is further requested that the appointment be nunc pro tunc to November 3, 2011, which is the date that counsel first began working on this matter.

DATED: November 8, 2011          /s/ Timothy E. Warriner, Attorney for Defendant,
                                 Marques DeWayne Watkins

## ORDER

GOOD CAUSE APPEARING, attorney Timothy E. Warriner is hereby appointed under the Criminal Justice Act to represent Mr. Marques DeWayne Watkins concerning proceedings related to the reduction of his crack cocaine sentence. Said appointment is nunc pro tunc to November 3, 2011.

DATED: November 8, 2011
/s/ Edward J. Garcia
UNITED STATES DISTRICT JUDGE