Timothy E. Warriner (SB#166128)
Attorney at Law
660 J Street, Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Marques DeWayne Watkins

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARQUES DeWAYNE WATKINS,<br><br>Defendant | Case No. CR S 07-0427 EJG<br><br>STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)<br><br><u>RETROACTIVE CRACK COCAINE REDUCTION CASE</u> |

Defendant, Marques DeWayne Watkins, by and through his attorney, Timothy E. Warriner, and plaintiff, United States of America, by and through its counsel, First Assistant U.S. Attorney Phillip A. Talbert, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On November 5, 2008, this Court sentenced Mr. Watkins to a term of imprisonment of 100 months;

3. Mr. Watkins original base offense level was 28, a 2-level increase was imposed due to the possession of a firearm, resulting in an adjusted offense level of 30. A 3-level

1

reduction for acceptance of responsibility was given, resulting in a total offense level of 27. The court found Mr. Watkins to have a criminal history category of IV. The resulting guideline range was 100 to 125 months. Mr. Watkins was given a sentence within this range of 100 months.

4. The sentencing range applicable to Mr. Watkins was subsequently lowered by the United States Sentencing Commission in amendment 750. His new adjusted offense level is 28, his new total offense level is 25, and with a criminal history category of IV, his new resulting guideline range is 84 to 105 months.

5. Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Watkins' term of imprisonment to a term of 84 months, which is a sentence within the amended guideline range.

DATED: November 8, 2011 /s/ Timothy E. Warriner, Attorney for Defendant, Marques DeWayne Watkins

DATED: November 8, 2011 /s/ Philip A. Talbert, First Assistant U.S. Attorney

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On November 5, 2008, the Court sentenced Mr. Watkins to a term of 100 months. The parties agree, and the Court finds, that Mr. Watkins is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 28 to 26.

IT IS HEREBY ORDERED that the term of imprisonment is reduced to a term of 84 months, which is a sentence within the amended guideline range.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. Watkins shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

DATED: January 23, 2012 /s/ Edward J. Garcia
UNITED STATES DISTRICT JUDGE