# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America | )  |
| v. | )  Case No: 2:07CR00427-01 |
| MARQUES DEWAYNE WATKINS | )  USM No: 17350-097 |
| Date of Original Judgment: 11/10/2008 | ) |
| Date of Previous Amended Judgment: | )  Timothy E. Warriner |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  100  months **is reduced to**  84

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   11/10/2008
**IT IS SO ORDERED**.

Order Date:      2/13/2010           /s/ Edward J. Garcia
                                      *Judge's signature*

Effective Date:   2/13/2010          EDWARD J. GARCIA, U . S.
              *(if different from order date)*    *Printed name and title*